January 27, 2012

Ms. Mary A. Keeney
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, TX 78701

Mr. Michael A. Caddell
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Mr. David E. Keltner
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

RE: Case Number: 10-0523
 Court of Appeals Number: 13-08-00150-CV
 Trial Court Number: 2005-05-2855

Style: PORT ELEVATOR-BROWNSVILLE, L.L.C.
 v.
 ROGELIO CASADOS AND RAFAELA CASADOS, INDIVIDUALLY AND AS
 REPRESENTATIVES OF THE ESTATE OF THEIR SON, RAFAEL CASADOS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Dorian E. |
| |Ramirez |
| |Mr. Jay M. Wallace |